UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GABRIEL ECKARD,

               Plaintiff,

v.

TAYLOR JONES,

               Defendant.

CASE NO. C19-0832-RAJ

ORDER DISMISSING ACTION

The Court, having reviewed plaintiff's civil rights complaint, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Report and Recommendation is approved and adopted;

(2) Plaintiff's complaint (Dkt. 1-1) and this action are DISMISSED, with prejudice, for failure to state a claim on which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(ii). The Clerk shall count this dismissal as a strike under 28 U.S.C. § 1915(g); and

//

//

//

ORDER DISMISSING ACTION
PAGE - 1

(3) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 11th day of October, 2019.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING ACTION
PAGE - 2